The time limitation of proposed subrule 786.4 is established by statute. MCLA 330.2030; MSA 14.800(1030).

Proposed subrule 786.5 is based on MCLA 330.2022; MSA 14.800(1022). While the statute permits pretrial motions by the prosecutor also, proceedings *against* an incompetent defendant might present due process problems. A defendant need not always be present for his own motions, however. For example, the United States Supreme Court in *Jackson v Indiana,* 406 US 715, 741; 92 S Ct 1845; 32 L Ed 2d 435 (1972), suggested that an incompetent defendant could challenge the sufficiency of the indictment. See also § 4.06(3) of the Model Penal Code (Proposed Official Draft, 1962), *United States v Gradsky,* 434 F2d 880 (CA 5, 1970), *United States v Toliver,* 541 F2d 958 (CA 2, 1976), *People v Morgan,* 400 Mich 527; 255 NW2d 603 (1977). Although MCLA 330.2022(3); MSA 14.800(1022)(3) permits the preservation of evidence, no rule is proposed on that subject because trial use of preserved testimony would raise serious questions under the Sixth Amendment.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

MAY 5, 1978

STATE BAR GRIEVANCE ADMINISTRATOR V GILLIS. (Docket No. 58940.) Rehearing denied. Philip A. Gillis, *in propria persona,* respondent-appellant. Reported at 402 Mich *ante,* p 286.

DIXON V FORD MOTOR COMPANY. (Docket No. 59761.) Rehearing denied. *Philip Green,* Special Counsel, for Civil Rights Commission. *James R. Jackson* and *Paul R. Caldwell* for defendant-appellee. Reported at 402 Mich *ante,* p 315.

KLEINSCHRODT V GENERAL MOTORS CORPORATION. (Docket No. 59054.) Rehearing denied. *MacDonald, FitzGerald & MacDonald* for plaintiff-appellant. *Munroe & Nobach, P.C.,* for defendant-appellee. Reported at 402 Mich *ante,* p 381.

MAY 8, 1978

PROBERT V JUDICIAL TENURE COMMISSION (IN THE MATTER OF PROBERT). (Docket Nos. 61373, 61331.) Complaint for superintending control, motion for immediate consideration, and petition for interim suspension are considered. The motion for immediate consideration is granted. The Tenure Commission shall promptly file a supplemental